WILLIAM J. WOODROW v. CHICAGO, MILWAUKEE,
ST. PAUL & PACIFIC RAILROAD COMPANY.[1, 2]

December 4, 1953.

No. 36,277.

See, 239 Minn. 530, 60 N. W. (2d) 49.

*A. C. Erdall, S. W. Rider, Jr.,* and *G. F. Bennett,* for appellant.

*William A. Tautges, Eugene A. Rerat,* and *Peterson & Brady,* for respondent.

PER CURIAM.

Appeal from a judgment. The case was here before on appeal from an intermediate order and our opinion filed July 3, 1953. Woodrow v. C. M. St. P. & P. R. Co. 239 Minn. 530, 60 N. W. (2d) 49. For the reasons given in the previous opinion the judgment appealed from is affirmed.

[1]Reported in 61 N. W. (2d) 240.

[2]Certiorari denied, 347 U. S. 935, 74 S. Ct. 630, 98 L. ed. 1085.